## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL SANTIAGO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DR. ROBERT MARSH and** | : | |
| **THE ATTORNEY GENERAL** | : | |
| **OF THE STATE OF:** | : | **NO. 21-1258** |

## ORDER

**NOW**, this 5th day of May, 2022, upon consideration of the Amended Petition for Writ of *Habeas Corpus* (Doc. No. 5), the response to the Petition, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Doc. No. 19), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

    2.    The Amended Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and

    3.    No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

                                                 /s/ TIMOTHY J. SAVAGE J.